```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHMANNI ANDUZE,

       Plaintiff,

-against-

CITY OF NEW YORK, et al.,

       Defendants.

1:21-CV-0519 (PGG) (KHP)

**AMENDED BRIEFING SCHEDULE ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      Defendants are directed to serve Plaintiff its Motion to Dismiss filed on November 8, 2021 (ECF Nos. 31-32) at Plaintiff's updated address on the docket via mail by December 7, 2021 and shall also file an affidavit of service with the court. Plaintiff shall have until February 7, 2022 to file his opposition. Defendants' reply, if any, shall be due by February 22, 2022.

      **The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: December 2, 2021
       New York, New York

                                    SO ORDERED.

                                  */s/ Katharine H. Parker*
                                  _____
                                  **KATHARINE H. PARKER**
                                  **United States Magistrate Judge**