UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHMANNI ANDUZE,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

1:21-CV-0519 (PGG) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On December 2, 2021 the Court granted Plaintiff until February 7, 2022 to file his opposition to Defendants' motion to dismiss. (ECF No. 33.) The Court having not received Plaintiff's opposition and in light of his pro se status, will grant Plaintiff until March 25, 2022 to file his opposition. Plaintiff's failure to comply with this order will lead the Court to decide Defendants' motion without the benefit of his response.

**The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

Dated: February 23, 2022
    New York, New York

**SO ORDERED**.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**