```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHMANNI ANDUZE,                                      :

                     Plaintiff,     :     **21-CV-519 (PGG) (KHP)**

                v.                                       :

                                                **ORDER**

CITY OF NEW YORK, et al.,                         :

                    Defendants.   :
-----------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The Court's Order issued on July 11, 2022 at ECF No. 59 is vacated as it was filed in error.

The Clerk of Court is directed to seal and/or delete the document from the record.

      Dated: July 11, 2022
      New York, New York

**SO ORDERED.**

*Katharine H Parker*
_____

KATHARINE H. PARKER

United States Magistrate Judge