```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHMANNI ANDUZE,                                    :

               Plaintiff,               :                           **21-CV-0519 (PGG) (KHP)**

                  v.                        :                                       **ORDER**

CITY OF NEW YORK, et al.,                           :

             Defendants.            :
-----------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On July 8, 2022, individual Defendants who waived service joined the pending motion to dismiss the Second Amended Complaint. (ECF No. 56). No later than July 20, 2022, Plaintiff shall: (1) serve and file his opposition to the motion; and (2) provide the New York City Law Department ("Law Department") with more detailed, descriptive information for Defendant "Dr. Gemo," referenced in paragraph No. 53 of the Second Amended Complaint, to assist the Law Department in identifying this Defendant. No later than July 15, 2022, the Law Department shall provide the Court with Warden Dunbar's address by filing that information under seal with the viewing restriction level "ex-parte." Defendants may file any reply to Plaintiff's opposition to the motion within seven days after the service of Plaintiff's opposition papers.

      **The Clerk of Court is requested to mail a copy of this order to the plaintiff.**

      Dated: July 11, 2022

           New York, New York                                      SO ORDERED.

                                                                   _____
                                                                 KATHARINE H. PARKER
                                                                 United States Magistrate Judge