USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHMANNI ANDUZE,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

1-21-CV-519 (PGG) (KHP)

**CASE MANAGEMENT CONFERENCE SCHEDULING ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

As directed at the February 14, 2023 case management conference, the deadline for fact discovery to be completed is **Friday, April 28, 2023**.

Defendants' counsel is ordered to facilitate service on or file a waiver of service for Defendant Sherma Dunbar.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: February 14, 2023
      New York, New York

                              SO ORDERED.

_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**