

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/05/2023

MEMO ENDORSED

April 5, 2023

Honorable Katherine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Anduze v. City of New York, 21-cv-519-PGG-KHP

Dear Judge Parker,

New York Legal Assistance Group represents plaintiff for settlement purposes. I write with the consent of Inna Shapovalova, counsel for defendants, to request an adjournment of the settlement conference scheduled for April 20, 2023. This is plaintiff's first request for this action.

On April 4, 2023, I filed a limited notice of appearance (ECF 80) after my initial call with Mr. Anduze. During our initial call, I advised Mr. Anduze that due to another work commitment, I was not available on April 20, 2023 for a settlement conference. In addition, we discussed the need to seek additional time to prepare for the settlement conference. For these reasons, plaintiff respectfully requests an adjournment of the conference so that I may attend after an opportunity to adequately prepare. Given the additional time needed to schedule calls with Mr. Anduze, plaintiff respectfully requests that the conference be scheduled after May 19, 2023.

Respectfully submitted,

/s/ Susanne Keane

Susanne Toes Keane
Senior Staff Attorney
New York Legal Assistance Group | Clinic for Pro Se Litigants
Thurgood Marshall US Courthouse | Room LL22
40 Foley Square
New York, NY 10007
(212) 613-5090

**APPLICATION GRANTED:** The Settlement Conference in this matter utilizing Microsoft Teams scheduled for Thursday, April 20, 2023 at 2:00 p.m. is hereby rescheduled to <u>Monday, June 26, 2023 at 11:00 a.m.</u> It is hereby ORDERED that the Warden or other official in charge of Marcy Correctional Facility produce plaintiff <u>Johmanni Anduze, NYSID #02879844P/DIN# 22-B-1825, on June 26, 2023, no later than 11:00 a.m.,</u> to a suitable location within the Correctional Facility that is equipped for the purpose of participating in a Microsoft Teams conference with the Court and defendants' counsel. If the scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234. Counsel for the Defendants and any pro bono counsel will be sent a Microsoft teams invitation by Judge Parker's chambers prior to the scheduled conference date. Pro bono counsel and Defense Counsel shall make sure the Facility has the Teams link so that Plaintiff can join the conference. Defendants must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. <u>Updated pre-conference submissions must be received by the Court no later than June 19, 2023 by 5:00 p.m.</u> Defendants' counsel must send this Order to the Warden immediately.
<u>The Clerk of Court is requested to mail a copy of this order to the Plaintiff.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

04/05/2023