UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHMANNI ANDUZE,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

1-21-CV-519 (PGG) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/2023

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

In light of the parties' representation that they have settled, the parties are ordered to file a joint status letter **by June 30, 2023** on whether the parties have finalized their settlement agreement and if this case may be closed.

**The Clerk of Court is requested to mail a copy of this order to the Plaintiff.**

Dated: June 12, 2023
    New York, New York

**SO ORDERED**.

*[signature: Katharine H Parker]*

**KATHARINE H. PARKER**
**United States Magistrate Judge**